No. 99. RONCEVICH ET AL. *v.* ESPERDY, DISTRICT DIRECTOR, IMMIGRATION AND NATURALIZATION SERVICE. C. A. 2d Cir. Certiorari denied. *Abraham Lebenkoff* for petitioners. *Solicitor General Rankin, Assistant Attorney General Wilkey* and *Jerome M. Feit* for respondent.

No. 90. ARSENAULT ET AL. *v.* GENERAL ELECTRIC Co. Supreme Court of Errors of Connecticut. Certiorari denied. *Leonard B. Boudin* for petitioners. *Norman K. Parsells* for respondent.

No. 108. INTERNATIONAL ASSOCIATION OF TOOL CRAFTSMEN ET AL. *v.* LEEDOM ET AL. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Robert Sheriffs Moss* for petitioners. *Solicitor General Rankin, Stuart Rothman, Dominick L. Manoli* and *Norton J. Come* for the National Labor Relations Board, respondent.

No. 109. HENRY DU BOIS' SONS Co., INC., *v.* DUNBAR, ADMINISTRATRIX. C. A. 2d Cir. Certiorari denied. *Edmund F. Lamb* for petitioner. *Paul C. Matthews* for respondent.

No. 112. FISHER *v.* CHESAPEAKE & OHIO RAILWAY Co. C. A. 7th Cir. Certiorari denied. *Owen Rall* and *Henry T. Synek* for petitioner. *James A. Velde* for respondent.

No. 113. NICHOLS *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Rankin, Assistant Attorney General Wilkey, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.